FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

WNK #29
Case already closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 621 TWO, LLC, as successor in interest to 621, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEGGETT & PLATT, INCORPORATED and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:20-CV-04883-PSG-PJW<br><br>[PROPOSED] JUDGMENT GRANTING DEFENDANT LEGGETT & PLATT, INCORPORATED'S MOTION FOR SUMMARY JUDGMENT<br><br>CASE FILED: April 16, 2020<br>CASE REMOVED: June 1, 2020<br><br>JUDGE: Hon. Philip S. Gutierrez<br>MAG: Hon. Patrick J. Walsh<br>DATE: July 9, 2021<br>TIME: 1:30 p.m. |

On July 9, 2021, Defendant LEGGETT & PLATT, INCORPORATED ("Leggett") Motion for Summary Judgment came on for hearing before the Court, the Honorable Philip S. Gutierrez presiding. The Court reviewed and considered Leggett's Motion, all the memoranda, materials, evidence, declarations filed by the parties, and arguments of counsel.

/ / /

/ / /

/ / /

/ / /

10232427.1

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1

CASE NO. 2:20-cv-04883-PSG-PJW
[PROPOSED] JUDGMENT

1      Finding good cause therefore, the Court GRANTS Leggett's Motion for Summary Judgment in its entirety.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Plaintiff 621 TWO, LLC shall take nothing by reason of this Complaint against Leggett. Judgment shall be entered in favor of Leggett and against Plaintiff.

The Court further awards Leggett costs of suit against Plaintiff as the prevailing party, such costs to be established by a subsequent Bill of Costs.

**IT IS SO ORDERED.**

DATED: 7/19/01

_____
HON. PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE

10232427.1

2

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 2:20-cv-04883-PSG-PJW
[PROPOSED] JUDGMENT